IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDALL WINSLOW,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-4930 |
| | : | |
| **EXTRA STORAGE SPACE and** | : | |
| **LOGAN HARMAN,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of June, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 27), Plaintiff's Response (Doc. No. 31), Plaintiff's Affidavit (ECF No. 32), and Plaintiff's Memorandum in Opposition to Summary Judgment (ECF No. 35), and all exhibits submitted by the parties, it is hereby **ORDERED** that the Motion is **GRANTED**. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on all claims set forth in the Complaint.

It is **FURTHER ORDERED** that all pending motions (ECF Nos. 24, 28, 36, 42, 46, 48, and 49) are **DENIED as Moot**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**